FRANCIS J. RYAN, JR., as Assignee, Appellant, *v.* PHILIP BERKOWITZ et al., Defendants, and ABRAHAM ADISKY et al., Respondents.

Submitted October 23, 1941; decided November 27, 1941.

*Henry H. Silverman, Edward Elman, Albert Ornstein* and *Milton Rosenberg* for appellant.

*David Katz, Joseph M. Proskauer* and *Albert L. Solodar* for Abraham Adisky, respondent.

*Max Rothenberg* and *Morris H. Epstein* for Nat Goodside, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.